# EXHIBIT B

# Former Ready execs Daughan, Kragh partner to launch US-Canada lobster enterprise

*'We love having the band back together. We make a great sound' -- Rob Kragh on his reunion with Andrew Daughan to form Packers Pride USA*

By Jason Huffman | June 13, 2025 15:33 BST



Related

**Premium's Ready Seafood builds massive value-added lobster plant in Maine**


**US wholesale: Live lobster, coldwater-, warmwater-tail prices diverge**


**Latest US-China tariff escalation expected to push more live lobsters into processing**

**Former Chicken of the Sea exec Kragh to lead lobster sales for Ready**


Two long-time lobster industry veterans and colleagues -- Andrew Daughan and Rob Kragh -- have joined forces to form Packers Pride USA, a US-based enterprise founded to represent Canadian and US lobster processing plants to prospective buyers in the US.

The new company has relationships with two plants producing tails, meat, whole cooked and whole raw lobster from a combined 15 million pounds of live weight annually in both countries and builds off the Packers Pride business started by Daughan in March, the two men told *Undercurrent News* in a joint telephone interview Thursday (June 12).

They'll be selling to retail, club, foodservice and wholesalers, they said.

"Our world is about taking product from plants and matching it up with customers, and the plants want people who can sell their whole run of production, a two-ounce tail to a 20-24 oz tail. And that's kind of the magic. It's understanding who wants what, where," Kragh said.

Both men are well-known throughout the industry with Kragh frequently serving on panels and as a moderator at National Fisheries Institute (NFI) annual conferences. The company will immediately join NFI as both partners "believe in the seafood industry" and "being good stewards," Kragh said.

Kragh resigned from his post as vice president of sales at Ready Seafood, the big Saco, Maine-based lobster processing subsidiary of British Columbia, Canada-based Premium Brands after 21 months (October 2023-May 2025) on June 6 in order to join Packers Pride USA as an equal partner, he told *Undercurrent*. In an unrelated move, he also recently relocated to New England from Georgia.

The company maintains its headquarters in Greenland, New Hampshire.

Kragh also worked 17 years as a vice president of category management for Chicken of the Sea Frozen Foods (COSFF) (2006-2023) and for four years (2002-2006) at Inland Seafood, in Atlanta, Georgia, as vice president of national accounts.

Daughan also worked at Ready, holding a vice president of sales role there for seven years (April 2018 - March 2025), and COSFF for more than three years (2015-2018), serving that company as category manager in charge of North Atlantic lobster. He spent 11 years (2004-2015) at Orion Seafood International, a Portsmouth, New Hampshire-based company bought by COSFF in 2015, finishing his time there as the chief operations officer.



**U** read also

**US wholesale: Live lobster, coldwater-, warmwater-tail prices diverge**

Kragh described his long, multiple-employer-sharing history with Daughan as being like they were part of a long-surviving rock band that was reunited after a brief breakup.

"We love having the band back together again," he said. "We make a great sound."

Also, it's a good time to be sellers in the lobster market, Daughan added.

"There's a good healthy resource on both sides of the border," he said. "I think there's a very strong demand for both sides of the animal, which hasn't always been the case. What I mean by that is often times the tails are hot and the meat is weak, or the meat is hot and the tails are weak. I think it's a good spot for processed lobster, and there is great opportunity to continue to grow that and add value to the category."